```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| MICHAEL KONING, Dr. and Husband, and SUSAN KONING, Wife, | ) ) ) ) | |
| Plaintiffs, | ) ) | 4:08CV3087 |
| v. | ) ) | |
| LOWELL BAISDEN, C.P.A., | ) ) | MEMORANDUM AND ORDER |
| Defendant. | ) ) | |

Plaintiffs and counter defendants Michael Koning and Susan Koning have moved to strike the interrogatories served by the defendant and counter plaintiff Lowell Baisden. Filing No. 38. The movants claim the interrogatories must be stricken because they were served prior to the time allowed by NeCivR 16.1(c)(2), before entry of a progression order in this case, and in violation of Federal Rule of Civil Procedure 26(d)(1).

Defendant and counter plaintiff Baisden has not responded to this motion, and the deadline for responding has passed. The motion is therefore deemed submitted and unopposed.

IT THEREFORE HEREBY IS ORDERED: The motion to strike interrogatories filed by plaintiffs and counter defendants Michael Koning and Susan Koning, filing no. 38, is granted.

DATED this 29th day of December, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge