```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA

MICHAEL KONING, M.D. and       )
SUSAN KONING, Husband and      )
Wife,                          )
                               )
              Plaintiffs,      )        4:08CV3087
                               )
     v.                        )
                               )
LOWELL BAISDEN, C.P.A.,        )        MEMORANDUM AND ORDER
                               )
              Defendant.       )
                               )
```

Plaintiffs have moved for a stay of this case, pending the outcome of a currently pending criminal case the issues in which overlap the issues in this case. Although the defendant initially opposed the stay, he now has withdrawn that opposition.

IT THEREFORE HEREBY IS ORDERED:

1. The motion for stay, filing no. 71, is granted, and the motion to withdraw brief in opposition, filing no. 76, is granted.

2. All motions, hearings, deadlines, conferences and other matters in this case are stayed until further order of this court.

3. At such time as the criminal case of 4:09CR3031 has been closed, the parties in this case shall confer and inform this court of their views regarding the re-activation of this case and the scheduling of it for ultimate resolution.

4. The clerk shall close this case file for statistical purposes until further order.

DATED this 15th day of May, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge